CTJ-O

☐ ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2022 AUG 30 AM 8: 39

DEPUTY CLERK _____

UNITED STATES OF AMERICA

v.

ALAN RAMOS, JR. (07)

No. 4:22-CR-194-O
[Supersedes Indictment Returned on July 6, 2022, as to defendant Ramos only]

## SUPERSEDING INFORMATION

The United States Attorney charges:

### Count One
Conspiracy to Possess with Intent to Distribute Cocaine
(Violation of 21 U.S.C. § 846)

Between April 2022 and June 2022, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, Alan Ramos, Jr., and others, both known and unknown, did knowingly and intentionally combine, conspire, confederate and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1), namely to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

Superseding Information—Page 1

CHAD MEACHAM
UNITED STATES ATTORNEY


P.J. MEITL
Assistant United States Attorney
D.C. Bar No. 502391
801 Cherry Street, 17th Floor
Fort Worth, Texas 76102
Telephone:    817.252.5272
E-mail: philip.meitl@usdoj.gov

Superseding Information—Page 2