ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA        NO.  4:22-CR-194-O

v.

ALAN RAMOS, JR. (07)

## FACTUAL RESUME

PLEA TO COUNT ONE OF SUPERSEDING INFORMATION WITH WAIVER:
Count One:  Conspiracy to Possess with Intent to Distribute a Controlled Substance
(cocaine) (in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

MAXIMUM PENALTY:
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of
supervised release of not less than 3 years.  If the defendant violates any condition
of supervised release, the Court may revoke such term of supervised release and
require the defendant to serve an additional period of confinement.  Further the
Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offense charged in Count One of the Superseding Information, are as
follows:[1]

> First.    That two or more person, directly or indirectly, reached an agreement
> to possess with intent to distribute cocaine;
>
> Second.  The defendant knew of the unlawful purpose of the agreement; and
>
> Third.   That the defendant joined in the agreement willfully, that is, with the
> intent to further its unlawful purpose.

STIPULATED FACTS:
Between April 2022 and June 2022, in the Fort Worth Division of the Northern District of
Texas and elsewhere, the defendant, Jorge Ramos Jr., and others, both known and
unknown, did knowingly and intentionally combine, conspire, confederate and agree to
engage in conduct in violation of 21 U.S.C §§ 841(a)(1), namely to possess with intent to
distribute a mixture and substance containing a detectable amount of cocaine, a Schedule

---

[1] Pattern Crim. Jury Instr. 2.97 (5th Cir. 2019).

**Factual Resume—Page 1**

II controlled substance, in violation of 21 U.S.C. § 846.

More specifically, between April 28, 2022, and May 6, 2022, Ramos coordinated the delivery of approximately 128 kilograms of cocaine.

The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Superseding Information.

AGREED TO AND STIPULATED on this ___ day of ___August___, 2022.

CHAD MEACHAM
UNITED STATES ATTORNEY


_____
ALAN RAMOS, JR.
Defendant


_____
MATT TOBACK
Attorney for Defendant


**Factual Resume—Page 2**