FILED

**January 31, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

<u>United States District Court</u>

<u>United States of America v.</u>

   To the clerk of courts I would like to have my Plea Agreement, Docket Sheet, and Sentencing Transcripts sent to me because I am currently working towards appealing my case and those are the documents that I am going to need to move foreward in doing so.

Date: 01-24-23

Defendants's signature

PRINTED NAME and Federal Number  — Alan Ramos Jr 07243510

Ulan Ramos Jh* 67243510
Federal Correctional institution El Reno
P. O. Box 1500
El Reno, other Oklahoma
Oklahoma, 73036

CLERK OF DIST. OF TX
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2023 JAN 31   AM 9:43

DEPUTY CLERK _____

OKLAHOMA CITY OK 730
27 JAN 2023   PM 7 L

Clerk Us District Court
Rm310
501 W 10TH ST
FORT Worth, TX 76102
United States

76102-975999