# United States District Court
## Northern District of Texas

*Fort Worth Division*

February 2, 2023

Alan Ramos #07243-510
FCI El Reno
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036

Re: Your correspondence received in the U.S. District Clerk's Office on  January 31, 2023.
Case No./Style:  4:22-cr-00194-O-7

Alan Ramos,

Enclosed is a one-time courtesy copy of your docket sheet. Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $11.00 per document. If you wish to receive these documents, please send a money order made payable to the United States District Court in the correct amount along with your request to our office.

Plea Agreement (Doc. 95) 8 Pages X $0.50  = $4.00
Total: $4.00

To request a copy of your sentencing transcript, please fill out the enclosed transcript order form and contact court reporter Zoie Williams:

Zoie Williams
US District Court
501 W. 10th St., Room 201
Fort Worth, TX 76102

Sincerely,

Deputy Clerk -  SAW