Mr. Alan Ramos, 07243-510
FCI BENNETTSVILLE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 52020
BENNETTSVILLE, S.C. 29512



TO: THE HONORABLE JUDGE REED C. O'CONNOR
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS (FORT WORTH)
501 W. 10TH STREET
FORT WORTH, TEXAS 76102-3673

RE: <u>UNITED STATES OF AMERICA V. ALAN RAMOS,</u> CASE NO. 4:22-CR-00194-O-7
<u>RESPECTFULLY REQUESTING APPOINTMENT OF COUNSEL, AND TO RECEIVE MY MONEY BACK
FROM MR. MATTHEW A. TOBACK, (TOBACK & ASSOCIATES).</u>

DEAR HONORABLE JUDGE REED C. O'CONNOR

    I hired Mr. Matthew A. Toback, to represent me in the above case. I paid him $30,000 dollars because I thought that he had my best interest at hand, and I believed that he would provide me with meaningful and effective assistance of counsel, according to the two prongs established in <u>STRICKLAND V. WASHINGTON.</u> Ever since the first time that I hired Mr. Toback, he has never been transparent or even truthful with me, here are just a few examples out of a plethora of them, (1) Mr. Toback, told me that would be able to get me a deal for only five years, and I believed him, and that's the only reason why I paid him 30k; (2) Not once did Mr. Toback, come to talk to me and discuss my case with me while I was at FMC (federal medical center), he merely had a young intern come visit me and talk to me, however, this intern knew nothing at all about my case; (3) Mr. Toback, told me that he would be at all my court dates, again that was a lie. I went to court around three or four times, including my sentencing date, and the record will reveal that Mr. Toback, was never present for any of my court dates not even at sentencing. Mr. Toback, sent his intern every time, the record will reveal that the intern never litigated anything on my behalf; (4) I respectfully asked Mr. Toback, to file pre-trial Motions on my behalf and he never did, I wanted to go to trial, however, Mr. Toback's actions or lack thereof, is what changed my mind from thinking about going to trial; (4) I felt like I was forced to go to take a plea deal due to his ineffective assistance of counsel.

I received a (20) year sentence, and ever since then I have been trying to contact my lawyer, because he told me that he could fix this even after I got sentenced, he said that he would help me. As the years gone by I continued to try to call him to talk to him, and when he does answer, he continues to spin me with more lies. He promises me that he will get back to me and then I never hear from him again until I reach out to him persistently. I respectfully aver unequivocally that I did not receive effective meaningful assistance during the plea deal stages, which is a critical stage. My 5th, and 6th, Amendment to the United States Constitution was clearly violated. In light of the recent Supreme Court case MICHAEL BOWE V. U.S., 2026 U.S. LEXIS 4, NO. 24-5438 S.CT. 1/9/26, Federal prisoners are no longer time barred from filing 28 U.S. 2255 to vacate petitioners conviction or sentence.

WHEREFORE, I pray upon this court to appoint me assignment of counsel, and for an Order, for Mr. Toback to return my money back to me because he definitely did not provide me with 30 thousand dollars worth of legal counsel. Mr. Toback, merely took my money and that was all.

Thank you for your time and attention to these serious matters.

Respectfully Submitted,

*Alan Ramos Sr*

Alan Ramos, # 07243-510

DATED: February, 23 , 2026
FCI BENNETTSVILLE

New Contact information :
Anita Marie Garcia ( Girlfriend)
1018 Molly Court
Cedar hill , TX, 75104
Phone : 972-917-2137

Alan Ramos Jr #07243-510
Bennettsville FCI
P.O. Box 52020
Bennettsville, TX, 29512

RECEIVED

FEB 2 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

Judge Reed C. O'connor
501 W. 10th St
Fort Worth, TX, 76102

76102-983799

Federal Correctional Institution
...luckerman Rd., Bennettsville, S.C. 29512
Date: 2-23-26

..osed letter was ... ...cessed through Special Mailing
...edures for forwarding to y... The letter has been
...ther opened nor inspected. If the w... ...r raises a question or problem over
...ich this facility has jurisdiction, you may ... sh to return
...e material for further information or clarification.
the writer enclosed correspondence for forwarding
) another address00, please return the enclosure to the above address.